## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**CIVIL ACTION NO. 1:21-CV-02836-DDD-NRN**

JULIET ("JULIE") GETZEL,

Plaintiff,

v.

ATS SPECIALIZED, INC., a foreign corporation;
ANDERSON TRUCKING SERVICE, INC., a/k/a ATS, INC., a foreign corporation; and
ARTHUR CARROLL III, an individual.

Defendants.

---

## NOTICE OF ENTRY OF APPEARANCE

---

The undersigned hereby enters her appearance on behalf of Defendants, Anderson Trucking Service, Inc. a/k/a ATS, Inc., Anderson Trucking Service, Inc. and Arthur Carroll III. Ms. Thomson is presently an associate with Treece Alfrey Musat P.C., is a member in good standing of the United States District Court for the District of Colorado, is a resident of the State of Colorado, and maintains a regular practice of law within this State.

Respectfully submitted this 21st day of October, 2021.

*/s/ Carol L. Thomson, original signature on file*
Reza D. Rismani
Carol L. Thomson
Treece Alfrey Musat P.C.
633 17th Street, Suite 2200
Denver, CO 80202
Tele: (303) 292-2700
Email: rrismani@tamlegal.com
Email: cthomson@tamlegal.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on 21st day of October, 2021, I electronically filed a copy of the forgoing with the Clerk of the United States District Court for the District of Colorado using the CM/ECF system, which served via email the following counsel of record:

William Babich - firm@babichlawfirm.com
BABICH LAW FIRM, LLC
*Attorney for Plaintiff*

Jeremy Rosenthal - jeremy@lfojr.com
LAW FIRM OF JEREMY ROSENTHAL
*Attorney for Plaintiff*


/s/*Victoria M. Reimche*
Victoria M. Reimche